UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

JOSEPH M. MCGINNIS,

    Plaintiff,

    -against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

           Defendant.

: : : : : : : : : : : : : : :

X

Civil Action No. 1:25-cv-10344

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff Joseph M. McGinnis and Defendant The Prudential Insurance Company of America, by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate that all claims alleged in the above-entitled action are dismissed with prejudice. Further, each party will bear its own costs, expenses and attorneys' fees.

324817398v.2

**Dated: May 28, 2026**

By: */s/ Jennifer B. Manger*


Ryan J. McIntyre
RIEMER HESS LLC
110 East 42nd Street Suite 1418
New York, NY 10017
Telephone: (212) 297-0700
Email: rmcintyre@riemerhess.com

Jennifer B. Manger
RIEMER HESS LLC
110 East 42nd Street Suite 1418
New York, NY 10017
Telephone: (212) 297-0700
Email: jmanger@riemerhess.com

*Attorneys for Plaintiff*

**Dated: May 28, 2026**

By: */s/ Nathan P. Lusignan*


Alnisa Bell
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Telephone:     (212) 218-5500
Facsimile:     (212) 218-5526
Email:          abell@seyfarth.com

Nathan P. Lusignan (*pro hac vice*)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60603
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000
Email:          nlusignan@seyfarth.com

*Attorneys for Defendant*

324817398v.2

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE to be served upon all counsel of record by the Court's ECF system, on this 28th day of May, 2026:

Ryan J. McIntyre
Jennifer B. Manger
RIEMER HESS LLC
110 East 42nd Street Suite 1418
New York, NY 10017
rmcintyre@riemerhess.com
jmanger@riemerhess.com

Attorneys for Plaintiff


*/s/ Nathan P. Lusignan*

324817398v.2